JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| GEORGES CHEBIB, | CASE NO. 2:20-cv-09997-AB-AS |
|---|---|
| Plaintiff, | ORDER DISMISSING CIVIL ACTION |
| v. | |
| YVES ALEXANDER BERGQUIST, et al., | |
| Defendants. | |

THE COURT has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: November 15, 2021    _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.